NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**SYNTEST TECHNOLOGIES, INC,**
*Plaintiff-Appellant*

**v.**

**CISCO SYSTEMS, INC.,**
*Defendant-Appellee*

———————————

2014-1569

———————————

Appeal from the United States District Court for the Northern District of California in No. 5:12-cv-05965-PSG, Magistrate Judge Paul S. Grewal.

———————————

## JUDGMENT

———————————

JOHN J. SHAEFFER, Fox Rothschild, LLP, Los Angeles, CA, argued for plaintiff-appellant. Also represented by JEFFREY H. GRANT; GREGORY P. CASIMER, Lathrop & Gage LLP, Chicago, IL.

JOHN C. O'QUINN, Kirkland & Ellis LLP, Washington, DC, argued for defendant-appellee. Also represented by JASON M. WILCOX; DOUGLAS M. KUBEHL, SAMARA KLINE, Baker Botts LLP, Dallas TX.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (NEWMAN, LOURIE, and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| June 15, 2015 | /s/  Daniel  E.  O'Toole |
| :---: | :--- |
| Date | Daniel E. O'Toole |
| | Clerk of Court |